UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heidi Doyle, | Case No.  CV 06-01789-PHX-SRB |
| Plaintiff, | |
| v. | **ORDER** |
| Sports Jet, LLC, a foreign corporation, Luxury Air, LLC, a foreign corporation, Pace Airlines, Inc., a foreign corporation, | |
| Defendant. | |

Upon Stipulation of the parties and for good cause appearing,

IT IS HEREBY ORDERED dismissing the above entitled litigation with prejudice, each party to bear her or its own attorneys' fees and costs incurred.

IT IS FURTHER ORDERED vacating all pending dates.

Dated this 30th day of May, 2007.

_Susan R. Bolton_
Susan R. Bolton
United States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600